IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5-07-CV-00174-H(2)

| | |
|---|---|
| LILIANA MARTINEZ-HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUTTERBALL, LLC, <br><br> Defendant. | ORDER |

This matter is before the Court on Plaintiffs' consent motion to file multiple motions for summary judgment and to exceed page limit. Plaintiffs are allowed 50 pages, inclusive of the statement of facts, for Butterball's *de minimis* defense; 50 pages, inclusive of the statement of facts, on the issue of compensation for donning and doffing personal protective gear under the continuous workday rule, which may be combined with the argument against Butterball's *de minimis* defense; and 80 pages, including the statement of facts, for the for the 29 U.S.C. § 259 good faith defense motion and Butterball's Eighth, Ninth, Tenth, Eleventh, Twelfth Fourteenth and Nineteenth Defenses. Accordingly, Plaintiffs' motion to file multiple motions for summary motions and to exceed page limit is GRANTED.

This the 18th day of November, 2010

_____
David W. Daniel
United States Magistrate Judge