IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5-07-CV-00174-H(2)

| | |
|---|---|
| LILIANA MARTINEZ-HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUTTERBALL, LLC, <br><br> Defendant. | ORDER |

This matter is before the Court on parties' consent motion to exceed page limit. The parties are allowed to exceed the 30-page limit for their opposition summary judgment briefs and file the same number of pages as were filed by the moving party. Further, Butterball is allowed 50 pages to respond to the Plaintiffs motion on donning and doffing personal protective equipment is integral and indispensible to workers' primary job duties and dismissing Butterball's *de minimis* defense pre-January 2006, DE 477, and Plaintiffs are allowed 80 pages to respond to Butterball's motion on *de minimis* defense, motion for partial summary judgment dismissing all claims for time in excess of "reasonable time," and motion for judgment on the pleadings on break claims, DE 474.

Additionally, the Parties are permitted to file reply briefs of half the length of the responsive briefs.

Accordingly, the Parties motion to exceed page limit is GRANTED.

This 14th day of January, 2011

David W. Daniel
United States Magistrate Judge