IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5-07-CV-00174-H

LILIANA MARTINEZ-HERNANDEZ and
ULDA APONTE, both individually and behalf of
all other similarly situated persons,

                                  Plaintiffs,

v.

BUTTERBALL, LLC,

                                  Defendant.

## ORDER

The parties' Motion to stay the deadline for Butterball to respond to Plaintiffs' Motion to Quash Butterball's Subpoena Duces Tecum to Mr. Russo and Motion to Limit Deposition Questioning is hereby GRANTED. Butterball's deadline to respond to the Motion is hereby stayed. If the parties' settlement efforts fail, the parties shall inform the Court and jointly propose a briefing schedule providing Butterball reasonable time of no less than fourteen days following the mediation to respond to Plaintiffs' Motion.

This 26th day of September, 2011.

David W. Daniel
United States Magistrate Judge