UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LILIANA MARTINEZ-HERNANDEZ ) | | |
| and ULDA APONTE, both individually ) | | **JUDGMENT** |
| and on behalf of all other similarly ) | | |
| situated persons, ) | | No. 5:07-CV-174-H2 |
|     Plaintiffs, ) | | |
| ) | | |
|   v. ) | | |
| ) | | |
| BUTTERBALL, LLC, ) | | |
|     Defendant ) | | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion for partial summary judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED the Court hereby grants defendant's motion and enters judgment for defendant Butterball, LLC on each and every FLSA claim that arose more than two years before the cause of action accrued.**

This Judgment Filed and Entered on September 29, 2011 with electronic notification to the following attorneys:

Joel Todd Alexander
Robert J. Willis
Dan C. Getman
Donald C. Lauderdale
L. Dale Owens
Melissa R. Davis
Christopher T. Van Dyke
Eric R. Magnus
Robert W. Capobianco

Date: September 29, 2011

                                            DENNIS P. IAVARONE, CLERK
                                            /s/ Delsia Heath
                                            (By): Delsia Heath, Deputy Clerk