THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00174-H

| | |
|---|---|
| LILIANA MARTINEZ-HERNANDEZ<br>and ULDA APONTE, both individually<br>and behalf of all other similarly situated<br>persons,<br><br>Plaintiffs,<br><br>v.<br><br>BUTTERBALL, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

For the reasons stated therein, the Plaintiffs' Unopposed Motion To Reschedule the Final Pretrial Conference to November 1, 2011 at 1 pm is granted.

SO ORDERED.

This 3rd day of October, 2011.

Hon. David W. Daniel
United States Magistrate Judge