IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5-07-CV-00174-H

| |
|---|
| LILIANA MARTINEZ-HERNANDEZ and ULDA APONTE, both individually and behalf of all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> BUTTERBALL, LLC, <br><br> Defendant. |

**ORDER**

The parties' Joint Motion to Stay All Deadlines and to Continue Trial Pending Approval of Settlement is hereby GRANTED. Butterball's deadlines to respond to Plaintiffs' Appeal of U.S. Magistrate Decision (docket entry no. 628) and Plaintiffs' Motion to Quash (docket entry no. 610) are hereby stayed. The pretrial conference set for November 1, 2011 is stayed. All pretrial deadlines including the parties' deadlines to file pre-trial disclosures, objections to pre-trial disclosures, a pre-trial order, lists of voir dire questions, requests for jury instructions, concise memo of authorities and motions on admissibility of evidence are stayed. The trial of this case scheduled to begin on November 21, 2011 is stayed pending final approval of the parties' settlement agreement.

IT IS FURTHER ORDERED THAT the parties shall file a Motion for Preliminary Approval of their settlement agreement by November 7, 2011.

This 12th day of Oct, 2011.

_____
United States District Judge

4851-4770-6635, v 1